**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x

AMERICAN BUILDERS & CONTRACTORS :
SUPPLY, CO., d/b/a ABC Supply Co., : Case No. 1:20-cv-04409
:
     Plaintiff, : **PROOF OF SERVICE OF THE**
: **SUMMONS, COMPLAINT, AND**
 – v. – : **OTHER DOCUMENTS ON**
: **DEFENDANT VIGILANT**
VIGILANT INSURANCE COMPANY, NEELAM : **INSURANCE COMPANY**
CONSTRUCTION CORPORATION, DIMITRI :
ENTERPRISES, INC., and DIMITRIOS :
MASTORAKIS; :
:
     Defendants. :
------------------------------------------------------------------ x

   Plaintiff American Builders & Contractors Supply, Co. d/b/a ABC Supply Co. ("ABC")

gives notice that, as set forth in Exhibit A, which includes a true and correct copy of an affidavit

of service, ABC personally served the following on the defendant Vigilant Insurance Company

("Vigilant"):

  1.  ABC's Complaint (Dkt. 1);
  2.  ABC's Executed Summons to Vigilant (Dkt. 10);
  3.  ABC's Civil Cover Sheet (Dkt. 2); and
  4.  ABC's Rule 7.1 Statement (Dkt. 3).

Dated: Los Angeles, California
   July 13, 2020       Respectfully submitted,

           /s/ Sean J. Lowe
           David M. Mannion
           Sean J. Lowe (*pro hac vice*)
           BLAKELEY LLP
           80 Broad Street, 5th Floor
           New York, NY 10004
           Telephone: (949) 260-0611
           Facsimile:  (949) 260-0613
           Email: DMannion@BlakeleyLLP.com
           Email: SLowe@BlakeleyLLP.com

           *Attorneys for Plaintiff American Builders &*
           *Contractors Supply, Co. d/b/a ABC Supply Co.*