UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMERICAN BUILDERS & CONTRACTORS                             :
SUPPLY CO. INC.,                                            :
                                    Plaintiff               :     20 Civ. 4409 (LGS)
                                                            :
                   -against-                                :     <u>ORDER</u>
                                                            :
VIGILANT INSURANCE COMPANY, ET AL.,                         :
                                    Defendants.             X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for August 13, 2020;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan ("CMP") (ECF 31);

WHEREAS, the parties filed a proposed addendum to the CMP. It is hereby

**ORDERED** that the August 13, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The CMP and addendum will issue in separate orders. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that, regarding settlement discussions, if and when the parties determine they would like a referral to the District's Mediation Program, they shall file a <u>joint</u> letter on ECF. The parties are advised that the District's Mediation Program requires advance notice of about 60 to 90 days to schedule a mediation.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances, and that the use of any alternative dispute

resolution mechanism does not stay or modify any date in the CMP.


Dated: August 11, 2020
      New York, New York

                                  **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**