UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN BUILDERS & CONTRACTORS
SUPPLY CO.,
                              Plaintiff,       20 Civ. 4409 (LGS)

            -against-                   ORDER

VIGILANT INSURANCE COMPANY, et al.,

                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Case Management Plan, dated August 11, 2020 (Dkt. No. 36), directed the parties to submit a joint status letter per Individual Rule IV.A.2.

       WHEREAS, the parties have not filed a joint status letter.  It is hereby

       **ORDERED** that by **October 8, 2020**, the parties shall submit a joint status letter, as outlined in Individual Rule IV.A.2.  Failure to comply with court-ordered deadlines may result in sanctions or prejudice.

Dated: October 6, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**